**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOHN GARCIA AND CLAUDIA TURCIOS INDIVIDUALLY AND A/N/F A.L., AND N.L.,** | § § § | |
| *Plaintiffs,* | § § | **Civil Action No. 4:22-CV-0198** |
| **v.** | § § | |
| **HARRIS COUNTY, SHERIFF ED GONZALEZ, V. ESQUEDA, P. WEBSTER, AND LT. CLOSELY,** | § § § § | |
| *Defendants.* | | |

**DEFENDANT HARRIS COUNTY'S NOTICE OF REMOVAL**

Defendant, Harris County, files this Notice of Removal pursuant to 42 U.S.C. § 1983 and 1988 respectfully showing the Court the following:

1. Defendant Harris County seek to remove Plaintiff's lawsuit from state court based on this Court's original jurisdiction over claims arising under federal law, 42 U.S.C. § 1983 and 1988. On October 29, 2021, Plaintiffs filed their Original Petition ("petition") under Case No. 1177115 in the Civil Court at Law No. 4 of Harris County, Texas.

2. No other defendants have been properly served and thus their consent is not required. This notice is filed within thirty days after Harris County learned of this lawsuit and entered an appearance in state court, and thus this notice is timely.

3. Venue is proper in this Court because Plaintiff resides in Harris County, Texas. In addition, a substantial part of the alleged events or omissions giving rise to Plaintiff's claims occurred in Harris County.

4.      Copies of all process and pleadings filed in Case No. 1177115 have been appended to this Notice. The appendix includes a docket sheet, index of matters, civil cover sheet, and a list of counsel.

5.      Written notice of the filing of this Notice of Removal is being served on all adverse parties as required by 28 U.S.C. § 1446(d). A true and correct copy of this Notice will be filed with the County Clerk of Harris County, Texas, as required by 28 U.S.C. § 1446(d).

Therefore, Defendant Harris County respectfully requests that this action be removed to the United States District Court.

**Date: January 20, 2022**

OF COUNSEL:
CHRISTIAN D. MENEFEE
TEXAS BAR NO. 24088049
HARRIS COUNTY ATTORNEY

Respectfully submitted,

*/s/   Jim Butt*
**Jim Butt**
Assistant County Attorney
Federal Bar No. 725423
State Bar No. 24040354
1019 Congress, 15th Floor
Houston, Texas 77002
Phone: (713) 274-5133
Email: james.butt@cao.hctx.net

ATTORNEY FOR HARRIS COUNTY

## CERTIFICATE OF SERVICE

I certify that on January 20, 2022, I served a true and correct copy of this notice to counsel of record, by electronic service:
U.A. Lewis

2

The Lewis Law Group
P.O. Box 27353
Houston, TX 77227
Phone: (713) 570-6555
Fax: (713) 581-1017

myattorneyatlaw@gmail.com

/s/   *Jim Butt*
**JIM BUTT**