| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 21, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| John Garcia et al., Plaintiff, | § § § | |
| v. | § § | Civil Action H-22-198 |
| Harris County et al., Defendants. | § § § | |

## Order of Adoption

On June 2, 2022, Magistrate Judge Peter Bray recommended that the court dismiss all of Plaintiffs' claims against Harris County. (23). No objections were filed. The court adopts the report and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on June 21, 2022.

Lynn N. Hughes
United States District Judge