| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
August 11, 2022
Nathan Ochsner, Clerk

John Garcia and Claudia Turcios, §
individually and as next friend of §
minors A.L. and N.L., §
　　Plaintiffs, §
§
v. § Civil Action H-22-198
§
Harris County, et al., §
　　Defendants. §

## Order of Adoption

On July 21, 2022, Magistrate Judge Peter Bray recommended that the court grant Ed Gonzalez's motion to dismiss. (30). Plaintiffs filed objections, and Gonzalez responded. (32, 33). The court denies the objections and adopts the report and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on August 11, 2022.

_____
Lynn N. Hughes
United States District Judge